Timothy Cervantez #63411
Arizona State Prison
P.O. Box 3500
Florence, Arizona 85132


☒ FILED   ☐ LODGED
**Aug 19 2024**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

District Court of Arizona
Division Two

State of Arizona,
              Respondants,

v.

Timothy Cervantez,
              Petitioner.

CV-24-407-TUC-CKJ--MSA

Motion
Requesting an Expansion
     of Page's.

   Comes now the petitioner in the above entitled matter and respectfully advises this court that he is currently is planning and working on a Writ of Habeas Corpus which he will be submitting into this court.
   With all due respect to this court, the petitioner request that this court will grant him a (10) page expantion of pages in order to fully explain the Constitutional violations he will be claiming within his petition?

Date: 8-19-24

                                                    [signature]
                                                    Pro-Per