# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Cervantez,<br><br>　　　　Petitioner,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　Respondent. | NO. CV-24-00407-TUC-CKJ (MSA)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 7, 2024, Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 7, 2024

　　　　　　　　　　　　　　　　　　s/ S. Araiza
　　　　　　　　　　　　　　By　　Deputy Clerk